**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00871-CV

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01062**

## ORDER

We **GRANT** appellant's May 19, 2014 motion for extension to file brief to the extent appellant's brief in this appeal shall be filed no later than June 23, 2014.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE